1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SULLIVAN
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          )  No. CR 4-05-70804 WDB
12                Plaintiff,              )
                                          )  STIPULATION AND [PROPOSED]
13      v.                                )  ORDER CONTINUING COURT
                                          )  DATE AND EXCLUSION OF TIME
14                                        )  UNDER THE SPEEDY TRIAL ACT,
   RICHARD JOSEPH SULLIVAN,               )  18 U.S.C. § 3161 ET SEQ.
15                                        )
                                          )
16                Defendant.              )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the next court

18 date, currently scheduled for Thursday, November 10, 2005, at 9:30 a.m. in San Francisco, CA,

19
   before Honorable Magistrate Edward M. Chen, may be continued to Monday, November 14, 2005,
20
   at 10:00 a.m. in Oakland, California, before Honorable Magistrate Wayne D. Brazil for
21
   identification of counsel and status regarding the detention hearing.  Defense counsel has
22
   discussed with Mr. Sullivan the fact that he has the right to a detention hearing within five days of
23
   his initial appearance, which was on Monday, November 7, 2005.  Mr. Sullivan agrees to waiving
24
25 the timing of his detention hearing.  In addition, the parties agree that the time from Mr. Sullivan's

26

   STIP. CONTINUING
   COURT DATE                          - 1 -

initial appearance on November 7, 2005, until November 14, 2005, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for effective preparation of counsel in order to allow defense counsel to obtain discovery from the government and start to prepare its investigation.

DATED:  November 8, 2005            /S/
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED:  November 8, 2005            /S/
                                    BRIAN STRETCH
                                    Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

DATED:  November 8, 2005            /S/
                                    MARILEE BARBEAU
                                    Legal Secretary

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the next court date, currently scheduled for Thursday, November 10, 2005, at 9:30 a.m. in San Francisco, CA, before Honorable Magistrate Edward M. Chen, is hereby continued to Monday, November 14, 2005, at 10:00 a.m. in Oakland, California, before Honorable Magistrate Wayne D. Brazil for identification of counsel and status regarding the detention hearing.

IT IS FURTHER ORDERED that the time from November 7, 2005, until November 14, 2005, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to obtain discovery from the government and start to prepare its investigation.

SO ORDERED.

DATED:   November 9, 2005



EDWARD M.
United States M

STIP. CONTINUING
COURT DATE                                                    - 3 -