| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI CHOI (WVASBN 0722)<br>Chief, Criminal Division |
| 4 | ALICIA W. FENRICK (CASBN 193860)<br>Assistant United States Attorney |

**FILED**

DEC 5 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3693

**RECEIVED**

DEC - 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JOSEPH SULLIVAN,<br><br>Defendant. | No. CR 4-05-70804 WDB<br><br>NOTICE OF DISMISSAL<br><br>(Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice.

DATED: 12-2-05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

BRIAN J. STRETCH
Chief, Oakland Branch Office

cc: WDB's Staff, Copies to parties via ECF,
Pretrial, Marshal, Financial

NOTICE OF DISMISSAL (CR 4-05-70804 WDB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Leave of Court is granted to the government to dismiss that Complaint. The Bond issued and filed on November 21, 2005, in the above entitled case is hereby **EXONERATED**.

Date: 12-5-05

WAYNE D. BRAZIL
United States Magistrate Judge